**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CESAR LUIS VEGA MATEO** | **CIVIL ACTION NO.  1:26-CV-00319 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **SHAD RICE ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

Petitioner Cesar Luis Vega Mateo filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and a Motion for Preliminary Injunction  (Doc. 4).  The Court denied preliminary injunctive relief and referred the case for Report and Recommendation (Doc. 7).

To determine whether Petitioner is entitled to the relief requested, IT IS ORDERED that Respondents file a response to the Petition within 21 days of the date of this Order.  To the extent the Petition has not yet been served upon Respondents, Petitioner is further ORDERED to effectuate service immediately.

 Signed at Lafayette, Louisiana on this 26th day of March, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE